IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-30061
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRE ADAMS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CR-30018-ALL
--------------------
July 30, 2002

Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Andre Adams
has requested leave to withdraw as counsel and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967). Adams has
filed a response to counsel's motion to withdraw.

Our independent review of the brief, the record, and Adams's
opposition discloses no nonfrivolous issue for appeal.
Accordingly, the motion for leave to withdraw is GRANTED, counsel
is excused from further responsibilities in this case, and the
APPEAL IS DISMISSED. 5TH CIR. R. 42.2

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.